UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN ALARCON VIZHNAY,

Petitioner,

-v-

PAUL ARTETA, *et al.*,

Respondents.

26 Civ. 6348 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 26, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241. Dkt. 1. No later than August 10, 2026, Respondents must respond to the Petition or indicate that they do not intend to oppose. By August 24, 2026, Petitioner may submit a reply in support of the Petition. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

The Order issued at Docket Number 3, prior to this case having been assigned to the undersigned, is vacated. An injunction preventing Petitioner from being transferred outside of this District is not warranted because when a habeas petitioner "files a petition naming [his] immediate custodian, the District Court retains jurisdiction" to rule on the petition notwithstanding any subsequent transfer. *Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004).

Additionally, an injunction prohibiting removal from the United States is not warranted because Petitioner has not alleged facts showing that such removal is imminent and, in any event, "the burden of removal alone cannot constitute the requisite irreparable injury." *Nken v. Holder*, 556 U.S. 418, 435 (2009).

SO ORDERED.

Dated: July 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge