# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Christian Alarcon Vizhnay,**<br>　　　　*Petitioner,*<br><br>v.<br><br>**Paul Arteta,** *et al.*,<br>　　　　*Respondents.* | **No. 26-cv-6348**<br><br>**Order** |

On this day, July __27__, 2026, it is hereby ordered that Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus without Prejudice is granted. The habeas petition is withdrawn without prejudice, and the case is dismissed. All orders enjoining Petitioner's transfer or removal from the United States are vacated.

BY THE COURT

_____

HONORABLE JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to close this case.