**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Christian Alarcon Vizhnay,

Petitioner,

26 **CIVIL** 6348

-against-

**JUDGMENT**

Paul Arteta, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2026, Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus without Prejudice is granted. The habeas petition is withdrawn without prejudice, and the case is dismissed. All orders enjoining Petitioner's transfer or removal from the United States are vacated; accordingly, the case is closed.

**DATED:** New York, New York
July 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**